IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS (PIONEER AMERICAN INSURANCE),<br><br>Defendants. | Case No. 4:21-cv-03416 |

## NOTICE OF RESOLUTION

Plaintiff Richard Henderson ("Plaintiff"), for himself and on behalf of Defendants American-Amicable Life Insurance Company of Texas and Pioneer American Insurance (collectively, "Defendants" and together with Plaintiff, the "Parties"), with Defendants' notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative resolution of their differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed by Plaintiff in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: March 17, 2022        Respectfully submitted,

By: /s/ Jacob U. Ginsburg

Jacob U. Ginsburg
**KIMMEL & SILVERMAN, PC**
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Email: jginsburg@creditlaw.com

*Attorney for Plaintiff*

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on March 17, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ *Jacob U. Ginsburg*
Jacob U. Ginsburg