United States District Court
Southern District of Texas
**ENTERED**
May 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Richard Henderson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-3416 |
| | § | |
| American Amicable Life Insurance Company | § | |
| of Texas (Pioneer American Insurance) | § | |
| | § | |
| Defendant. | § | |

## ORDER

On May 18, 2022, Plaintiff, Richard Henderson, and Defendants, American Amicable Life Insurance Company of Texas (Pioneer American Insurance), filed a Stipulation of Dismissal with Prejudice (docket no. 29) asserting that the parties have settled all disputes and that all claims and defenses asserted by either party are dismissed with prejudice. Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED** with prejudice against refiling the same.

Each party will bear its own costs.

SIGNED at Houston, Texas, on this 18th day of May, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE